# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-887-RBJ

ALEXANDER ARMIJO,

    Plaintiff,

v.

LEROY GARCIA, in his official and individual capacities,

    Defendants.

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT

    Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Alexander Armijo, by and through his counsel, hereby accepts and provides notice that he has accepted Defendant's Offer of Judgment Pursuant to Fed.R.Civ.P. 68, proffered by Defendant on April 10, 2019, and attached hereto as **Exhibit 1**. Plaintiff respectfully requests that this Court enter judgment in his favor.

    Respectfully submitted this 11th day of April 2019.

                                                                                          KILLMER, LANE & NEWMAN, LLP

                                                                              *s/ Andy McNulty*

                                                                              Andy McNulty
                                                                              Tania Valdez
                                                                             Killmer, Lane & Newman, LLC
                                                                             1543 Champa Street, Suite 400
                                                                             Denver, Colorado 80202
                                                                             (303) 571-1000
                                                                             (303) 571-1001 fax
                                                                             amcnulty@kln-law.com
                                                                             tvaldez@kln-law.com
                                                                             *Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

   I hereby certify that on April 11, 2019, I filed the foregoing via CM/ECF, and the CM/ECF system will send notification to the following:

Edward T. Ramey
Tierney Lawrence LLC
225 East 16th Avenue, Suite 350
Denver, CO 80203
Phone: 720-242-7585
Email: eramey@tierneylawrence.com

*Counsel for Defendant*

                KILLMER, LANE & NEWMAN, LLP

                *s/ Jesse Askeland*
                _____
                Jesse Askeland