IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 19-cv-00887-RBJ**

ALEXANDER ARMIJO

Plaintiff

v.

LEROY GARCIA, in his official and individual capacities,

Defendants

---

**DEFENDANT'S OFFER OF JUDGMENT UNDER Fed. R. Civ. P. 68**

---

Defendant Leroy Garcia, in his individual capacity, respectfully submits the following Offer of Judgment to the Plaintiff pursuant to Fed. R. Civ. P. 68:

Defendant offers:

1.  To consent to entry of a permanent injunction order in the above-captioned case requiring him to "unblock"/"unban" Plaintiff from the Senator Leroy Garcia Facebook page at issue in this case. Defendant will further consent to \entry of a permanent injunction order requiring him to refrain from "blocking"/"banning" any individuals from, and to refrain from deleting comments posted on, the Senator Leroy Garcia Facebook page at issue in this case and identified in Plaintiff's Complaint. This consent shall not apply to any postings, comments, or material containing true threats, obscenity, commercial speech, and/or content reasonably subject to interpretation as being defamatory of third persons or in furtherance of illegal or criminal activity.

**EXHIBIT 1**

2. To consent to entry of a declaration that Defendant's actions as alleged in Plaintiff's Complaint constituted a violation of the Plaintiff's rights under the First Amendment to the Constitution of the United States.

3. To consent to entry of Judgment in favor of the Plaintiff and against the Defendant in the principal amount of $25,000, such amount to be inclusive of (a) all damages suffered and alleged to be recoverable by the Plaintiff; and (b) all costs incurred by the Plaintiff in this action, to include, without limitation, all attorney fees recoverable by the Plaintiff and his legal counsel under 42 U.S.C. §1988 or otherwise; together with (c) post-judgment interest upon all such sums at the rate of 8% per annum.

Please note that, if Plaintiff does not accept this Offer of Judgment, he may become obligated to pay Defendant's costs incurred after the making of this Offer, as well as forfeit his right to obtain an award of costs incurred after the making of this Offer – to include attorney fees pursuant to 42 U.S.C. §1988(b) – in the event a Judgment is not entered in this action more favorable to him than this Offer of Judgment.

To accept this Offer, Plaintiff or his counsel must serve a written Notice of Acceptance thereof upon Defendant's undersigned counsel within fourteen (14) days after the date this Offer is made.

This Offer is not to be construed as an admission of liability except as specifically set forth herein.

**EXHIBIT 1**

Dated April 10, 2019.

                                                   Edward T. Ramey
Tierney Lawrence LLC
225 East 16th Avenue, Suite 350
Denver, CO 80203
Phone: 720-242-7585
Email: eramey@tierneylawrence.com

Attorneys for Defendant

**EXHIBIT 1**