**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No 19-cv-00887-RBJ

ALEXANDER ARMIJO,

    Plaintiff,

v.

LEROY GARCIA, in his official and individual capacities,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a) the following Final Judgment is hereby entered.

Pursuant to the Notice of Acceptance of Defendant's Offer of Judgment [ECF No. 13] and the Minute Order of Judge R. Brooke Jackson entered on April 12, 2019 [ECF No.15] it is

ORDERED, ISSUED OR DECLARED:

1. A permanent injunction is issued requiring Defendant to "unblock/unban" Plaintiff from the Senator Leroy Garcia Facebook page at issue in this case and to refrain from "blocking/banning" any individuals from, and to refrain from deleting comments posted on, the Senator Leroy Garcia Facebook page at issue in this case identified in Plaintiff's Complaint. This injunction shall not apply to any postings, comments, or material containing true threats, obscenity, commercial

speech, and/or content reasonably subject to interpretation as being defamatory of third persons or in furtherance of illegal or criminal activity.

2. Declared that Defendant's actions as alleged in Plaintiff's Complaint constituted a violation of the Plaintiff's rights under the First Amendment to the Constitution of the United States.

3. Judgment is entered in favor of the Plaintiff and against the Defendant in the principal amount of $25,000, such amount to be inclusive of (a) all damages suffered and alleged to be recoverable by the Plaintiff; and (b) all costs incurred by the Plaintiff in this action, to include, without limitation, all attorney fees recoverable by the Plaintiff and his legal counsel under 42 U.S.C. §1988 or otherwise; together with (c) post-judgment interest upon all such sums at the rate of 8% per annum.

Dated at Denver, Colorado this 12th day of April, 2019.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes

J. Dynes
Deputy Clerk